UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TELEBRANDS CORP.,

                           Plaintiff,

      -against-

ABC IMPORT INT'L, INC.,

                         Defendant.
----------------------------------------------------------X

NOT FOR PUBLICATION
**UNSEALING ORDER**
11-cv-3512 (CBA)

**AMON, United States District Judge.**

It is hereby ordered that all contents of the Court's file in the above-captioned case shall be unsealed.

SO ORDERED.

Dated: Brooklyn, N.Y.
       August 8, 2011

                                                 s/CBA

                                      Carol Bagley Amon
                                      Chief United States District Judge

1